IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY CLARKSON,

    Petitioner,

v.

GUY HALL, Superintendent TRCI,

    Respondent.

Civil No. 03-1626-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal Without Prejudice (#31) is GRANTED.

IT IS SO ORDERED.

DATED this  2nd  day of May, 2005.

        /s/ Anna J. Brown
        ANNA J. BROWN
        United States District Judge